BEFORE THE THIRD DIVISION, APRIL 21, 1943

No. 48220.—Protests 42619–K, etc., of Camilla Lucas (New York).

Opinion by CLINE, J. It was stipulated that the etchings in question are the same in all material respects as those the subject of *Camilla Lucas* v. *United States* (9 Cust. Ct. 359, C. D. 712). In accordance therewith they were held dutiable at 20 percent under paragraph 1547 as claimed.

No. 48221.—Protest 33081–K of Raymond H. Hamson (Boston).

Opinion by CLINE, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry was therefore sustained.

No. 48222.—Protest 95692–K/91178 of Sokol & Co. (Chicago).

Opinion by CLINE, J. Nothing was found in the record to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, APRIL 22, 1943

No. 48223.—Petition 6288–R of Daniel F. Young, Inc. (New York).

Opinion by CLINE, J. The vice president of the customs brokerage firm making the entry testified, among other things, that at the time of making the entry he represented a number of Japanese and Korean electric-light bulb importers, saw their invoices, and was familiar with the prices. He made entry at $7 per thousand pieces. The merchandise was appraised as entered. The collector filed an appeal for reappraisement, at which time it was shown that an importer at Bridgeport received an importation of similar merchandise on the same vessel, which merchandise was invoiced at $7.50 per thousand pieces. A stipulation was therefore entered into agreeing that the export value was $7.50 per thousand, less certain charges, and the court so found. In accordance therewith it was held that in making the entry in this case the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States. The petition was granted.